**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1181

In Re: MARY E. SIMMONS,

Debtor.

MARY E. SIMMONS,

Appellant,

versus

ELLEN W. COSBY, Trustee,

Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District Judge.
(CA-00-3562-H, BK-99-65737-SD)

Submitted: April 27, 2001          Decided: May 4, 2001

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

Affirmed by unpublished per curiam opinion.

Mary E. Simmons, Appellant Pro Se.   Ellen W. Cosby, Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mary E. Simmons appeals the district court's order affirming the bankruptcy court's order dismissing her bankruptcy proceeding for failing to comply with the requirements of Chapter 13.  Our review of the record and the opinions below discloses no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>Simmons v. Cosby</u>, Nos. CA-00-3562-H; BK-99-65737-SD (D. Md. Jan. 2, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2